## DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION OF PATRICK ROBERTSON, DECEASED, *versus* JAMES LASSELLE AND FRANCIS LASSELLE, AND JAMES MAY AND PETER AUDRAIN AS ADMINISTRATORS OF THE ESTATE OF FRANÇOIS PAUL MALCHER, DECEASED

JOURNAL ENTRIES (1815–16): *Journal 2:* (1) Special bail *p. 449; (2) leave given to amend "proceedings" *p. 463; (3) continued *p. 473; (4) declaration filed, rule to plead *p. 483; (5) debt remitted, judgment *p. 518.
PAPERS IN FILE: (1) Capias and return; (2) declaration; (3) demurrer to declaration; (4) rough draft of order giving leave to amend declaration.
*Office Docket*, MS p. 15, c. 26; p. 39-b, c. 40.

## IN THE MATTER OF CLAIRETTE ALLEN

JOURNAL ENTRIES (1815): *Journal 2:* (1) Petition presented, motion for writ *p. 450; (2) leave given to withdraw petition *p. 451.
PAPERS IN FILE: [None]

## ANDREW WESTBROOK *versus* JOHN McGREGOR

JOURNAL ENTRIES (1815): *Journal 2:* (1) Discontinued *p. 450.
PAPERS IN FILE: (1) Affidavit for attachment; (2) precipe for writ; (3) writ of attachment; (4) capias and return.
*Office Docket*, MS p. 8, c. 6.